1 **ZANDRA L. LOPEZ**
California State Bar No. 216567
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: zandra_lopez@fd.org

5 Attorneys for Horacio Buenaventura Rosales-Zamora

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR03111-DMS |
| Plaintiff, | |
| v. | **JOINT MOTION TO CONTINUE CHANGE OF PLEA DATE** |
| **HORACIO BUENAVENTURA ROSALES-ZAMORA** | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES** that, for good cause, the change of plea date in the above-captioned case be continued from November 29, 2007 to **Thursday, December 6, 2007, at 9:30 a.m.**

**IT IS SO STIPULATED.**

DATED:   November 21, 2007          */s/ Zandra L. Lopez*
                                    **ZANDRA L. LOPEZ**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Mr. Banderas-Rodriguez

DATED:   November 21, 2007          */s/ Douglas Keehn*
                                    **DOUGLAS KEEHN**
                                    Assistant United States Attorney