1 **ZANDRA L. LOPEZ**
California State Bar No. 216567
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: zandra_lopez@fd.org

5 Attorneys for Horacio Buenaventura Rosales-Zamora

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR03111-DMS |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| **HORACIO BUENAVENTURA** ) | |
| **ROSALES-ZAMORA** ) | |
| Defendant. ) | |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

DATED:    November 21, 2007            */s/ Zandra L. Lopez*
                                        **ZANDRA L. LOPEZ**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Banderas-Rodriguez