UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR03113-DMS |
| Plaintiff, ) | |
| v. ) | **ORDER CONTINUING** |
| ) | **CHANGE OF PLEA DATE** |
| **HORACIO BUENAVENTURA** ) | |
| **ROSALES-ZAMORA** ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that, for good cause, the change of plea date in the above-captioned case be continued from November 29, 2007 to **Thursday, December 6, 2007, at 9:30 a.m.**

**IT IS SO ORDERED.**

DATED: November 21, 2007

_____
HON. DANA M. SABRAW
United States District Judge